April 29, 2011

Mr. Robert T. Cain Jr.
Zeleskey Law Firm PLLC
P. O. Drawer 1728
Lufkin, TX 75902-1728
Mr. Douglas J. McCarver
3548 N.E. Stallings Drive
Nacogdoches, TX 75965

RE: Case Number: 09-0313
 Court of Appeals Number: 12-07-00143-CV
 Trial Court Number: CV39,857-06-08

Style: TERRI LOFTIN
 v.
 JANICE LEE AND BOB LEE

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Reba Squyres |
| |Clerk |
| |Ms. Cathy S. Lusk |
| |Ms. Alison M. Rowe |
| |Mr. Andy McSwain |